UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNIVERSITY OF SOUTH FLORIDA
RESEARCH FOUNDATION, INC.,

     **Plaintiff,**                           **Case No.**

**v.**

HAIER US APPLIANCE SOLUTIONS,
INC., d/b/a "GE APPLIANCES",

     **Defendant.**
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, University of South Florida Research Foundation, Inc. ("USFRF"), sues Defendant, Haier US Appliance Solutions, Inc., d/b/a "GE Appliances" ("GE Appliances"), for infringement of USFRF's United States Patent No. 7,306,115 (the "'115 Patent") and alleges the following:

## PARTIES

1.     USFRF is a Florida not-for-profit corporation, having its principal place of business in Tampa, Florida.  USFRF is a direct support organization of the University of South Florida, pursuant to Section 1004.28, Florida Statutes.

2.     GE Appliances is a Delaware corporation that is registered to do business in the State of Florida and which has at least one regular and established place of business in Tampa, Florida, which is within the territorial jurisdiction of this Court.

**JURISDICTION AND VENUE**

3.      This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331

and 1338(a) because USFRF's claims arise under the patent laws of the United States,

codified at 35 U.S.C. § 101 et seq.

4.      Venue is proper in this district under 28 U.S.C. §§ 1391(b) and 1400(b)

because GE Appliances: (a) has committed acts of patent infringement in this judicial

district by selling and offering to sell its products that infringe USFRF's '115 Patent

within this judicial district; and (b) has at least one regular and established place of

business, namely an appliance repair center, in Tampa, Florida, which is within this

judicial district.

**FACTUAL BACKGROUND**

5.      USFRF is the owner by assignment of the entire right, title and interest in

United States Patent No. 7,306,115 (the "'115 Patent"), entitled "VOLUMETRIC

CONTROL APPARATUS FOR FLUID DISPENSING".  A true and correct copy of

USFRF's '115 Patent is attached to this Complaint as Exhibit A.

6.      USFRF's '115 Patent was duly and legally issued by the United States

Patent and Trademark Office on December 11, 2007, and enjoys the priority date of

provisional application No. 60/320,131, filed on April 22, 2003.

7.      GE Appliances manufactures, advertises for sale, and sells refrigerators in

the United States which refrigerators include through-the-door water dispensing systems

with what GE Appliances calls a "PreciseFill" feature ("GE Appliances' PreciseFill

Products").

8.      According to GE Appliances' published literature:

PreciseFill dispenses fresh, filtered water in accurately measured amounts. When you press the dispenser cradle or lever, it fills any container with the amount of water needed in ounces or cups, and (in some models) liters or quarts.

9.      GE Appliances' PreciseFill Products include the refrigerator models shown on the printout from a search of GE Appliances' website (www.geappliances.com) for refrigerator products with PreciseFill, a copy of which printout is attached to this Complaint as Exhibit B.

10.     GE Appliances' PreciseFill Products also include the refrigerator model numbers shown on the front page of GE Appliances' Technical Services Guide 31-9227, dated December 2012, a copy of which is attached to this Complaint as Exhibit C.

11.     Although currently unknown to USFRF, additional refrigerators made, advertised for sale, or sold in the United States by GE Appliances may also include, or have included, the PreciseFill feature.  All GE Appliances' PreciseFill Products made, advertised for sale, or sold in the United States, including but not limited to those shown on Exhibits B and are referred to as the "Infringing PreciseFill Products".

12.     All conditions precedent to the maintenance of this action have been performed or have been excused or waived.

**COUNT I**
**(Infringement of the '115 Patent)**

13.     USFRF incorporates the allegations in paragraphs 1 through 12 above as if fully set forth herein.

14.     GE Appliances has been and still is directly infringing at least claim 1 of USFRF's '115 Patent under 35 U.S.C. § 271(a) by making, using, offering to sell, selling, and/or importing the Infringing PreciseFill Products.

15.     The Infringing PreciseFill Products include an apparatus for dispensing water in pre-selected quantities, such as "ounces or cups, and (in some models) liters or quarts" (the "PreciseFill Device").

16.     The PreciseFill Device includes a "water valve" positioned inline with a conduit for holding water under pressure from a domestic water delivery system.

17.     The PreciseFill Device also includes a "flow meter that is connected to the inlet of the water valve" and is, therefore, positioned inline with the conduit described above, as shown in the photograph below:



18.     The PreciseFill Device further includes a control panel located on the outside of the refrigerator door, which control panel is communicatively coupled to the water valve and the flow meter, and which is able to open and close the water valve and detect data from the flow meter associated with the volume of water passing through the

conduit.  A photo of a version of the control panel of the PreciseFill Device is shown

below:



19.     The control panel of the PreciseFill Device connects with and integrates a

unit select switch with multiple preselected settings associated with a variety of

volumetric units (for example, ounces and cups) as shown in the photo above.

20.     The control panel of the PreciseFill Device also connects with and

integrates incrementing switch by which a user may increase or decrease the volumetric

units selected (for example 5 ounces or 2 cups) by actuating the switch multiple times,

with the number of actuations determining the number of volumetric units selected, as

also shown in the photo above.

21.     In response to the user's selection of the desired quantity of water via the

control panel's incrementing switch, the water valve opens and water is dispensed until

the flow meter detects that water in the selected volume has been dispensed, at which

point the water valve closes.

22.     As demonstrated by paragraphs 15 through 20 above, the Infringing

PreciseFill Products contain all the limitations of claim 1 of USFRF's '115 Patent, both

literally and under the doctrine of equivalents.

23.     GE Appliances' infringement of USFRF's '115 Patent has caused, and is causing, USFRF to suffer injury and economic damages, including depriving USFRF of its statutory right to exclusively control the importing, manufacture, offering for sale, sale, and use of products practicing the invention claimed in the USFRF's '115 Patent and to enjoy the market position attendant to that right.

24.     Upon information and belief, GE Appliances' infringement of USFRF's '115 Patent will continue unless enjoined by this Court.

25.     GE Appliances' infringement of USFRF's '115 Patent is causing and will continue to cause USFRF irreparable harm unless such infringing activities are enjoined by this Court and USFRF lacks an adequate remedy at law to prevent injuries it is suffering from GE Appliances' infringement.

26.     Given GE Appliances' clear and direct infringement of USFRF's patent rights, USFRF is substantially likely to prevail upon the merits of this action.

27.     The balance of hardships and the public interest requires that GE Appliances immediately cease its infringing activities.

WHEREFORE, USFRF respectfully requests this Court to

(A)     enter judgment in favor of USFRF and against GE Appliances;

(B)     grant USFRF permanent injunctive relief barring the activities of GE Appliances that infringe upon USFRF's rights in its '115 Patent;

(C)     award USFRF its damages under 35 U.S.C. § 284;

(D)     award USFRF pre and post-judgment interest, costs, and expert fees; and

(E)     grant to USFRF all other relief this Court deems just and appropriate.

## DEMAND FOR JURY TRIAL

USFRF hereby demands a jury trial on all issues so triable.


Dated: December 22, 2017                           Respectfully submitted,


                                                   s/Richard E. Fee
                                                   Richard E. Fee
                                                   Florida Bar No. 813680
                                                   Kathleen M. Wade
                                                   Florida Bar No. 127965
                                                   FEE & JEFFRIES, P.A.
                                                   1227 N. Franklin Street
                                                   Tampa, Florida 33602
                                                   (813) 229-8008
                                                   rfee@feejeffries.com
                                                   kwade@feejeffries.com
                                                   aperez@feejeffries.com

                                                   *Counsel for Plaintiff,*
                                                   *University of South Florida*
                                                   *Research Foundation, Inc.*