UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNIVERSITY OF SOUTH FLORIDA　　　　CASE NO.: 8:17-cv-03074-VMC-AAS
RESEARCH FOUNDATION, INC.,

    Plaintiff,

vs.

HAIER US APPLIANCE SOLUTIONS,
INC., d/b/a "GE APPLIANCES",

    Defendant.

_____/

**UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE,
AND WRITTEN DESIGNATION AND CONSENT TO ACT**

    Pursuant to Local Rule 2.02, Defendant Haier US Appliance Solutions, Inc., d/b/a "GE Appliances" (hereinafter "Haier"), by and through their undersigned attorneys, move this Court for an order allowing Tim Williams to appear in this Court as co-counsel on behalf of Haier in the above-styled lawsuit. In support of this motion, Haier states the following:

    1.    Tim Williams and his law firm, Dority & Manning, P.A., Two Liberty Square, 75 Beattie Place, Suite 1100, Greenville, SC 29601, have been retained to represent Haier as co-counsel in all proceedings conducted in this case.

    2.    Mr. Williams has never appeared before a court in Florida and does not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.

3. Mr. Williams is a member in good standing of the South Carolina Bar, the bar of the U.S. District Court for the District of South Carolina, and the U.S. Court of Appeals for the Federal Circuit.

4. Mr. Williams is familiar with, and will be governed by, the Local Rules, United States District Court, Middle District of Florida, including Rule 2.04 thereof. Mr. Williams is familiar with, and will be governed by, the Code of Professional Responsibility and the other ethical limitations or requirements governing the professional behavior of members of the Florida Bar.

5. Mr. Williams designates Michael J. Wiggins and the law firm of McDonald Toole Wiggins, P.A., 111 N. Magnolia Avenue, Suite 1200, Orlando, Florida 32081, as the lawyer and law firm upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorneys.

6. Through his signature affixed below, Michael J. Wiggins of the law firm of McDonald Toole Wiggins, P.A. hereby consents to such designation.

7. Pursuant to Rule 2.02(a), Local Rules, United States District Court, Middle District of Florida, Michael J. Wiggins certifies that Mr. Williams has complied with the fee and e-mail registration requirements of Rule 2.01(d), Local Rules, United States District Court, Middle District of Florida.

WHEREFORE, the Defendant, HAIER APPLIANCE SOLUTIONS, INC., d/b/a/ "GE APPLIANCES", respectfully request this Court to enter an order admitting Mr. Tim Williams to practice before this Court pro hac vice.

## RULE 3.01(G) CERTIFICATION

Pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, the undersigned has conferred with counsel for the Plaintiff and is authorized to represent that the Plaintiff does not oppose the entry of an order granting this motion.

## MEMORANDUM OF LAW

HAIER APPLIANCE SOLUTIONS, INC., d/b/a/ "GE APPLIANCES" motion for admission pro hac vice should be granted pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida.

Dated: January 24, 2018

Respectfully submitted,

*s/Michael J. Wiggins*
MICHAEL J. WIGGINS, ESQ.
Florida Bar No. 818860
MCDONALD TOOLE WIGGINS, P.A.
111 N. Magnolia Avenue, Suite 1200
Orlando, FL 32801
Telephone: (407) 246-1800 Fax: (407) 246-1895
Primary Service Email: mwiggins@mtwlegal.com
Secondary Service Email: e.service@mtwlegal.com

*and*

TIM F. WILLIAMS, ESQ.
DORITY & MANNING, P.A.
Tim F. Williams, Esq. (pro hac vice to be filed)
timw@dority-manning.com
Two Liberty Square
75 Beattie Place, Suite 1100
Greensville, SC 29601
Telephone: (864) 271-1592

*Attorneys for Defendant, Haier US Appliance Solutions, Inc., d/b/a GE Appliances*

**CERTIFICATE OF SERVICE**

       I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Middle District of Florida through the CM/ECF system on January 24, 2018.  All participants in the case who are registered CM/ECF users will be served electronically, including Kathleen M. Wade and Richard Edson Fee of Fee & Jeffries, P.A., 1227 N. Franklin Street, Tampa, Florida 33602, counsel for Plaintiff University of South Florida Research Foundation, Inc.

       *s/Michael J. Wiggins*
       MICHAEL J. WIGGINS, ESQ.
       Florida Bar No. 818860
       MCDONALD TOOLE WIGGINS, P.A.
       111 N. Magnolia Avenue, Suite 1200
       Orlando, FL  32801
       Telephone: (407) 246-1800 Fax: (407) 246-1895
       Primary Service Email: mwiggins@mtwlegal.com
       Secondary Service Email: e.service@mtwlegal.com
       *Attorneys for Defendant, Haier US Appliance Solutions, Inc., d/b/a GE Appliances*