**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**UNIVERSITY OF SOUTH FLORIDA
RESEARCH FOUNDATION, INC.,**

    **Plaintiff,**

**v.**                                **Case No: 8:17-cv-3074-VMC-AAS**

**HAIER US APPLIANCE SOLUTIONS,
INC., d/b/a "GE APPLIANCES",**

    **Defendant.**
_____/

## CASE MANAGEMENT REPORT FOR PATENT CASES

The Court notes that patent cases present unique challenges and require special attention. In an effort to streamline these proceedings, the Court requires the parties to utilize this Case Management Report form in patent cases. Importantly, **the Court limits the parties to 10 claims.** In that regard, the parties shall jointly identify the 10 terms likely to be most significant to resolving the parties' dispute, including those terms for which construction may be case or claim dispositive.

| **DEADLINE OR EVENT** | **PARTIES' AGREED DATE** |
|---|---|
| Mandatory Initial Disclosures (pursuant to Fed. R. Civ. P. 26(a)(1)) | **April 23, 2018**<br>[Court recommends 1 month after CMR meeting] |
| Certificate of Interested Persons and Corporate Disclosure Statement | **All parties have filed.**<br>[Each party who has not previously filed must file immediately] |
| Motions to Add Parties or Amend Pleadings | **May 22, 2018**<br>[Court recommends 1-2 months after CMR meeting] |
| Plaintiff shall serve Disclosure of Asserted Claims and Preliminary Infringement Contentions and accompanying document production | **April 27, 2018**<br>[Court recommends 1 month after CMR meeting] |

| | |
|---|---|
| Defendants shall serve the Preliminary Invalidity Contentions and accompanying document production | **May 25, 2018**<br>[Court recommends 2 months after CMR meeting] |
| Parties shall exchange Proposed Terms and Claim Elements for Construction | **June 22, 2018**<br>[Court recommends 3 months after CMR meeting] |
| Parties shall exchange Preliminary Claim Constructions and Extrinsic Evidence | **July 27, 2018**<br>[Court recommends 4 months after CMR meeting] |
| Parties shall file Joint Claim Construction and Prehearing Statement | **August 24, 2018**<br>[Court recommends 5 months after CMR meeting] |
| Claim Construction Discovery shall be completed | **September 21, 2018**<br>[Court recommends 6 months after CMR meeting] |
| First Mediation Conference<br>Mediation Deadline:  **October 12, 2018**<br>Mediator:   **Subject to the absence of a conflict of interest or scheduling conflicts, the parties tentatively agree on James Matulis and will review this selection again as the deadline approaches.**<br>Telephone Number: | [Court recommends immediately after claim construction discovery and before completion of Claim Construction briefing] |
| Plaintiff shall file Opening Claim Construction Brief | **October 23, 2018**<br>[Court recommends one month after Claim Construction Discovery Completion] |
| Defendants shall file Claim Construction Opposition Brief | **November 9, 2018**<br>[Court recommends 17 days after above deadline] |
| Plaintiff shall file Claim Construction Reply Brief | **November 19, 2018**<br>[Court recommends 10 days after above deadline] |
| Claim Construction Hearing | [to be set after Claim Construction briefing |
| Second Case Management Hearing | [to be set on same date as above - held immediately after Claim Construction Hearing] |
| Factual Discovery Closes | [To be set at Second Case Management Hearing] |
| Parties shall serve Opening Expert Reports | [To be set at Second Case Management Hearing] |
| Parties shall serve Rebuttal Expert Reports | [To be set at Second Case Management Hearing] |

| | |
|---|---|
| Expert Discovery Closes | [To be set at Second Case Management Hearing] |
| Second Mediation Conference | [Court recommends immediately after Expert Discovery closes and before summary judgment briefing] |
| Last day to file summary judgment motions | [To be set at Second Case Management Hearing] |
| Last day to file opposition to summary judgment motions | [To be set at Second Case Management Hearing] |
| Last day to file replies to summary judgment motions | [To be set at Second Case Management Hearing] |
| Parties shall file motions in limine and Daubert motions | [To be set at Second Case Management Hearing] |
| Parties shall file pretrial statement and single set of jointly proposed jury instructions and verdict form | [To be set at Second Case Management Hearing] |
| The Court will hold the pretrial conference | [To be set at Second Case Management Hearing] |
| Trial Term Begins [district judge trial terms begin on the first Monday of each month; trails before magistrate judges will be set on a date certain after consultation with the parties] | [To be set at Second Case Management Hearing] |
| Estimated Length of Trial | **8 days** |
| Jury/Non-Jury | **Jury** |
| All Parties Consent to Proceed Before Assigned Magistrate Judge | Yes __<br>No __**X**__<br>Likely to agree in the Future __ |

Dated:   March 28, 2018

| | |
|---|---|
| *s/ Richard E. Fee* | *s/ Tim F. Williams* |
| Richard E. Fee | Tim F. Williams |
| Florida Bar No. 813680 | (Admitted Pro Hac Vice) |
| Kathleen M. Wade | DORITY & MANNING, P.A. |
| Florida Bar No. 127965 | Two Liberty Square |
| FEE & JEFFRIES, P.A. | 75 Beattie Place, Suite 1100 |
| 1227 N. Franklin Street | Greenville, SC 29601 |
| Tampa, Florida 33602 | Telephone:   (864) 271-1592 |
| (813) 229-8008 | timw@dority-manning.com |
| rfee@feejeffries.com | |
| kwade@freejeffries.com | and |
| aperez@feejeffries.com | |
| | Michael J. Wiggins |
| *Counsel for Plaintiff,* | Florida Bar No. 818860 |
| *University of South Florida Research* | MCDONALD TOOLE WIGGINS, P.A. |
| *Foundation, Inc.* | 111 N. Magnolia Avenue, Suite 1200 |
| | Orlando, FL 32801 |
| | (407) 246-1800 |
| | mwiggins@mtwlegal.com |
| | e.service@mtwlegal.com |
| | |
| | *Counsel for Defendant, Haier US Appliance Solutions, Inc., d/b/a "GE Appliances"* |

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on March 28, 2018, a true and accurate copy of the foregoing was electronically filed with the Court by using CM/ECF system, which will send a notice of electronic filing to the following:  **Michael J. Wiggins, Esq.**, McDonald Toole Wiggins, P.A., 111 N. Magnolia Avenue, Suite 1200, Orlando, FL 32801 (mwiggins@mtwlegal.com and e.service@mtwlegal.com); and **Tim Williams, Esq.**, (*Admitted Pro Hac Vice*), Dority & Manning, P.A., Two Liberty Square, 75 Beattie Place, Suite 1100, Greenville, SC 29601 (timw@dority-manning.com), *counsel for Defendant, Haier US Appliance Solutions, Inc., d/b/a "GE Appliances"*.

  */s/ Richard E. Fee*
Richard E. Fee
Florida Bar No. 813680
Kathleen M. Wade
Florida Bar No. 127965
FEE & JEFFRIES, P.A.
1227 N. Franklin Street
Tampa, Florida 33602
(813) 229-8008
(813) 229-0046 (Facsimile)
rfee@feejeffries.com
kwade@feejeffries.com
aperez@feejeffries.com

*Counsel Plaintiff, University of South Florida Research Foundation, Inc.*