**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNIVERSITY OF SOUTH FLORIDA**
**RESEARCH FOUNDATION, INC.,**

    **Plaintiff,**                     Case No. 8:17-cv-03074-VMC-AAS

**v.**

**HAIER US APPLIANCE SOLUTIONS,**
**INC., d/b/a "GE APPLIANCES",**

    **Defendant.**
_____/

**PLAINTIFF'S NOTICE OF MEDIATION**

Plaintiff, University of South Florida Research Foundation, Inc., hereby gives notice that the parties have scheduled Mediation in this matter. The Mediation conference is scheduled as follows:

    **Date/Time of Mediation:**    Tuesday, September 25, 2018, at 9:00 a.m.

    **Location:**    Fee & Jeffries, P.A.
                1227 N. Franklin Street
                Tampa, Florida 33602
                (813) 229-8008

    **Mediator:**    James M. Matulis, Esquire

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 23, 2018, a true and accurate copy of the foregoing was electronically filed with the Court by using CM/ECF system, which will send a notice of electronic filing to the following: **Michael J. Wiggins, Esq.**, McDonald Toole Wiggins, P.A., 111 N. Magnolia Ave., Suite 1200, Orlando, FL 32801 (mwiggins@mtwlegal.com and e.service@mtwlegal.com); and **Tim F. Williams** (*Admitted Pro Hac Vice*), Dority & Manning, P.A., P.O. Box 1449, Greenville, SC 29602 (timw@dority-manning.com), *Counsel for Defendant*.

*s/ Richard E. Fee*
Richard E. Fee
Florida Bar No. 813680
Kathleen M. Wade
Florida Bar No. 127965
FEE & JEFFRIES, P.A.
1227 N. Franklin Street
Tampa, Florida 33602
(813) 229-8008
(813) 229-0046 (Facsimile)
rfee@feejeffries.com
kwade@feejeffries.com
aperez@feejeffries.com

*Counsel for Plaintiff,
University of South Florida
Research Foundation, Inc.*

cc:   James M. Matulis, Esquire (via email)